UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 20-079(1) (DWF/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Shawn Ray Brtek, | |
| Defendant. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 20, 2021 (Doc. No. 81), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that:

1. Magistrate Judge Tony N. Leung's January 20, 2021 Report and Recommendation (Doc. No. [81]) is **ADOPTED.**

2. Shawn Ray Brtek's Motion to Suppress Tangible Evidence & Statements Due to Fourth Amendment Violations (Doc. No. [33]) is **DENIED**.

Dated: February 26, 2021        s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge